# EXHIBIT B

# Photographer captures moment 'curious' squirrel stops to smell a flower

September 5, 2019

SHARE



A photographer in Vienna, Austria captured the moment a small ground squirrel stopped to smell the flowers — in order, evidently, to find out which one would taste the best.

**RARE, TWO-HEADED RATTLESNAKE FOUND IN NEW JERSEY 'PROBABLY WOULDN'T SURVIVE IN THE WILD'**

"I was really happy after capturing a photo like this," the photographer said. (SWNS)

Dick van Duijn, 34, from the Netherlands, told SWNS he spent two hours and took roughly 200 photos in order to capture the moment.

A ground squirrel smells a daisy in Vienna, Austria. (SWNS)

In the photos, the squirrel reaches for a yellow daisy, touching the flower to its face. Its eyes close as it seemingly inhales the floral scent. Moments later, the rodent leaned in for a tasty bite, said the photographer.

The squirrel was looking for the tastiest flower. (SWNS)

**GREEN TURTLES ARE DYING BECAUSE THEY'RE EATING PLASTIC THAT LOOKS LIKE FOOD**

"This curious ground squirrel started smelling and tasting the flower," the photographer recalled. "I was really happy after capturing a photo like this."

"I went to Austria especially to photograph the ground squirrels," he added. "It was great to witness this, and very satisfying."

Get the full story at foxnews.com

SHARE

0 Comments    Sort by: Oldest

Add a comment...

Facebook Comments Plugin

PREVIOUS POST
Jennifer Lopez explains why wedding plans with A-Rod are on hold for a while

NEXT POST
Car crash kills Texas country singer Kylie Rae Harris, 30

## RELATED POSTS

- Before mass shooting, Texas gunman 'was on a long spiral down,' investigator says
- Michigan candidate says city should be as white 'as possible'
- Craig Morgan finds God's purpose in song 3 years after son's tragic death

## NEWSLETTER

First Name
Last Name
Birthday  MM/DD
ZIP CODE
Email address:

SIGN UP

### FACEBOOK



Lite 106.5  370 likes
Like Page   Share
Be the first of your friends to like this