**Ken Shemin**

From: Candace Dixon-Horne <candace@hogradio.com>
Sent: Wednesday, February 12, 2020 8:16 AM
To: Kenneth Shemin

Here's corresponding with the photographer in Austria



Sent from my iPhone

**EXHIBIT A**