# Ken Shemin

**From:** Kenneth Shemin
**Sent:** Wednesday, February 12, 2020 8:32 AM
**To:** RL@liebowitzlawfirm.com
**Cc:** Candace Dixon
**Subject:** Lawsuit

Please be advised that I represent Candace Dixon. I have a copy of the lawsuit that you filed. You are NOT licensed in the state of Arkansas. Also, based on conversations that Candace has had with your client, the lawsuit is NOT authorized. Please dismiss this lawsuit ASAP, or we will be forced to take appropriate action.

Ken Shemin
Ken@sheminfirm.com

*Please do not send email to Ken@sheminlaw.com as this email is no longer used.

Sent from my iPhone



EXHIBIT B