UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
(FAYETTEVILLE DIVISION)

---

DICK VAN DUJIN,

                          Plaintiff,

- against -

HOG RADIO, INC.

                          Defendant.

Docket No. 5:19-cv-5223-PKH

---

### DECLARATION OF DICK VAN DUJIN

    I, DICK VAN DUJIN, hereby declare under the penalty of perjury that the following is true and correct to the best of my personal knowledge and/or good faith belief:

    1.    I am the plaintiff in this action and the rightful owner and author of the copyrighted photographs of a squirrel smelling a flower, as show in Exhibit A to the operative complaint [Dkt. #2-1] (the "Photographs").

    2.    I submit this declaration in response to the Court's order to show cause, dated February 27, 2020 [Dkt. #13], which I reviewed before signing this declaration.

    3.    On November 5, 2019, I entered into a contract with third-party COPYTRACK GmbH, with address of Dresdener Strabe 31, 10179, Berlin Germany ("Copytrack") to protect and enforce my copyrighted works on my behalf, including the Photographs.

    4.    Pursuant to the terms of my agreement with Copyrtrack, Copytrack was authorized to enter into legal services agreements with counsel based in the United States to

enforce my rights against United States-based infringers. Such authorization included any legal services agreements which Copytrack entered into before I initiated my relationship with Copytrack.

      5.      Accordingly, when Richard Liebowitz of Liebowitz Law Firm, PLLC filed the present copyright infringement lawsuit on or about December 7, 2019, it did so under my express contractual authority vis-à-vis Copytrack.

      6.      Although I was not aware of the specific identity of which counsel in the United States Copytrack had retained to my enforce my copyrights, I respectfully re-iterate that Mr. Liebowitz had authority to act on my behalf vis-à-vis my contractual relationship with Copytrack.

      7.      I hereby affirm and attest that Mr. Liebowitz and his law firm, as well as his local counsel A.J. Kelly, Kelly Law Firm, PLC, P.O. Box 251570, Little Rock, AR 72225-1570, have my express authority to prosecute this litigation on my behalf against the defendant Hog Radio, Inc.

      8.      Based on the foregoing, and also because this case is meritorious, I respectfully request that the Court permit this case to proceed on the merits, rather than ordering a dismissal without prejudice.

Dated: March 24, 2020
Berlin, Germany

_____
DICK VAN DUJIN