<u>5:19-cv-05223-PKH Duijn v. Hog Radio Inc.
Rule26F Report</u>

The parties jointly submit the below proposed Rule26F Report.

**(1)** **Any changes in timing, form, or requirements of mandatory disclosures under Fed.R.Civ.P. 26 (a).**

   None.

**(2)** **Date when mandatory disclosures were or will be made.**

   April 10, 2020

**(3)** **Subjects on which discovery may be needed.**

   Where Defendant obtained the Photographs, number of

visitors to the Website, profits from the use of the

Photographs,

**(4)** **Whether any party will likely be requested to disclose or produce information from electronic or computer-based media. If so:**

   **(a)** whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;

   Yes.

   **(b)** the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;

   None.

   **(c)** the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production;

   PDF format

   **(d)** whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;

   Yes

  **(e)**   other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.

  None

**(5)**  **Date by which discovery should be completed.**

October 30, 2020

**(6)**  **Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.**

None.

**(7)**  **Any orders, e.g. protective orders, which should be entered.**

Protective Order

**(8)**  **Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.**

None.

**(9)**  **Any objections to the proposed trial date.**

None.

**(10)**  **Proposed deadline for joining other parties and amending the pleadings.**

June 12, 2020

**(11) Proposed deadline for completing discovery. (Note: In the typical case, the deadline for completing discovery should be no later than sixty (60) days before trial.)**

October 30, 2020

**(12) Proposed deadline for filing motions other than motions for class certification. (Note: In the typical case, the deadline for filing motions should be no later than sixty (60) days before trial.)**

November 25, 2020

**(13) Class certification: In the case of a class action complaint, the proposed deadline for the parties to file a motion for class certification. (Note: In the typical case, the deadline for filing motions for class certification should be no later than ninety (90) days after the Fed.R.Civ.P.26.(f) conference.)**

N/A