UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DICK VAN DUJIN                                                                    PLAINTIFF

v.                                          No. 5:19-CV-05223

HOG RADIO INC.                                                                   DEFENDANT

## **JUDGMENT**

Pursuant to the opinion and order entered in this case on this date, this matter is

DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 31st day of March, 2020.


/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE